1

2

3      [Submitting Parties and Counsel on Signature Page]

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JOYCE KIM, an individual; WALTER KIM, an individual; and LANDMARK GLOBAL, INC., a California corporation,<br><br>        Plaintiffs,<br><br>   vs.<br><br>GARY GODDARD, an individual; GARY GODDARD ENTERTAINMENT, INC., a California corporation; ROBERT B. KORY, an individual; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV-06-3739 GPS (PLAx)<br><br>Hon. George P. Schiavelli<br><br>STIPULATION FOR DISMISSAL OF ACTION:<br><br>• **WITH** PREJUDICE AS BETWEEN PLAINTIFFS AND DEFENDANTS GODDARD AND GARY GODDARD ENTERTAINMENT<br><br>• **WITH** PREJUDICE AS BETWEEN COUNTERCLAIMANTS AND COUNTERCLAIM DEFENDANTS<br><br>• **WITHOUT** PREJUDICE AS BETWEEN PLAINTIFFS AND DEFENDANT KORY<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| GARY GODDARD, an individual; and GARY GODDARD ENTERTAINMENT, INC., a California corporation,<br><br>        Counterclaimants,<br><br>   vs.<br><br>JOYCE KIM, an individual; LANDMARK GLOBAL, INC., a California corporation; and ROES 1 – 10, inclusive,<br><br>        Counterdefendants. | |

28

TO THE COURT:

The parties to this action, through their counsel of record, hereby stipulate and agree to the dismissal of this entire action, as follows:

1.      Plaintiffs Joyce Kim ("Joyce"), Walter Kim ("Walter") and Landmark Global, Inc. ("LGI") (collectively, "Plaintiffs") HEREBY STIPULATE with defendants Gary Goddard and Gary Goddard Entertainment, Inc. ("GGE") (collectively, the "Goddard Parties") to dismiss **WITH** prejudice Plaintiffs' operative Second Amended Complaint against the Goddard Parties in its entirety.

2.      Counterclaimants the Goddard Parties hereby HEREBY STIPULATE with counterclaim defendants Joyce and LGI to dismiss **WITH** prejudice the Goddard Parties' operative Counterclaim against Joyce and LGI.

3.      Plaintiffs HEREBY STIPULATE with defendant Robert B. Kory to dismiss **WITHOUT** prejudice Plaintiffs' operative Second Amended Complaint against Mr. Kory.

4.      The foregoing dismissals result in the complete dismissal of this entire action on the terms set forth above.

IT IS SO STIPULATED.

DATED: February **11**, 2008      GENGA & ASSOCIATES, P.C.

[As to paragraphs 1, 2, 3 and 4, above]

By:_____
        John M. Genga
        Attorney for Plaintiff
        WALTER KIM and
        Plaintiffs and Counterdefendants
        JOYCE KIM and LANDMARK GLOBAL, INC.

(Signatures continued on following page)

-1-

1 | (Signatures continued from previous page)

2 | DATED: February 12, 2008          LAVELY & SINGER, P.C.

3 | [As to paragraphs 1, 2 and 4, above]

4 |

5 |

6 |

7 | By: _____
   Brian G. Wolf

8 | Attorneys for Defendants and Counterclaimants
   GARY GODDARD and GARY GODDARD
9 | ENTERTAINMENT, INC.

10 |

11 |

12 | DATED: February 12, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

13 | [As to paragraphs 3 and 4, above]

14 |

15 |

16 | By: _____
   Bartley L. Becker

17 | Attorneys for Defendant
   ROBERT B. KORY

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |